# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM MATTHEW GRANADO, <br> Petitioner, <br> v. <br> MARION E. SPEARMAN, Warden, <br> Respondent. | Case No. CV 19-03892 JFW (RAO) <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation (the "Report"). The Court has further engaged in a *de novo* review of those portions of the Report and Recommendation issued on May 22, 2019, to which Petitioner has objected.

The Court addresses one aspect of the Objections. In arguing that equitable tolling should apply, Petitioner contends that any procedural default should be excused. *See generally* Dkt. No. 8. Petitioner's reliance on the law of procedural default fails because the Petition is untimely under AEDPA's statute of limitations, and case law on procedural default is not relevant to the analysis of timeliness under AEDPA. *See Zepeda v. Walker*, 581 F.3d 1013, 1018 n.3 (9th Cir. 2009) (rejecting reliance on case law on procedural bars as irrelevant to issue of statutory

tolling under AEDPA); *White v. Martel*, 601 F.3d 882, 884 (9th Cir. 2010) (finding procedural default adequacy analysis inapplicable to tolling issues); *Cabrera v. Pennywell*, No. CV 13-4702-GAF (JEM), 2014 WL 1271208, at *5 (C.D. Cal. Mar. 24, 2014) (declining to apply Supreme Court case on procedural default to provide for equitable tolling of statute of limitations).

The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: July 22, 2019

                                            JOHN F. WALTER
                                            UNITED STATES DISTRICT JUDGE