JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM MATTHEW GRANADO, | Case No. CV 19-03892 JFW (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MARION E. SPEARMAN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: July 22, 2019

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE